UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BROADCAST MUSIC, INC., et al,

                               Plaintiffs,

               -against-

BELCANTATA REST, INC. d/b/a/
Pig N Whistle on 3rd, et al.

                              Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 01 2013

12 Civ. 7498 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

SO ORDERED.

Dated: New York, New York
          March 1, 2013

_____
J. PAUL OETKEN
United States District Judge