UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BROADCAST MUSIC, INC.; SONGS OF
UNIVERSAL, INC.; BENNY BIRD COMPANY,
INC.; MJ PUBLISHING TRUST d/b/a MIJAC
MUSIC; RISING SONS MUSIC INC.; VELVET
APPLE MUSIC; UNIVERSAL-SONGS OF
POLYGRAM INTERNATIONAL, INC.,

    Plaintiffs,

v.

BELCANTATA REST, INC. d/b/a PIG 'N'
WHISTLE ON 3RD; KENNETH MCCOY and
JOHN MAHON, individually,

    Defendants.

---------------------------------------------------------------- x

12 CIV. 7498 (JPO)(HBP)

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and based on the settlement agreement between the parties hereto, Plaintiffs, by and through their counsel of record, hereby give notice that the instant action is voluntarily dismissed with prejudice. Defendants have not filed any pleading responsive to the Complaint.

Dated: April 29, 2013

Respectfully submitted,

GIBBONS, P.C.

**SO ORDERED:**

_____
J. PAUL OETKEN
U.S.D.J.   4/30/13

By: _____
Catherine M. Clayton (CC5575)
One Penn Plaza, 37th Floor
New York, NY 10119
Tel: 212-613-2071
Fax: 212-554-9651
E-Mail: cclayton@gibbonslaw.com
*Attorneys for Plaintiffs*

#1930009 v1
110887-81545